UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION


STATION ENTERPRISES, INC.
d/b/a TREE TOWN TOYS
AND BRAIN STATION,

       Plaintiff,
                                    Case No. 07-CV-14294
vs.                                    HON. GEORGE CARAM STEEH

GANZ, INC., et al.,

       Defendants.
_____/


## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       Defendants Ganz Inc. and Ganz U.S.A., LLC moved to dismiss plaintiff's case for failure of plaintiff's owners to appear for their depositions and plaintiff's failure to answer defendants' discovery requests. The Magistrate Judge issued a report and recommendation on September 25, 2008, recommending that the Court deny defendants' motion to dismiss. Objections to the report and recommendation have not been filed by either party. Now, therefore,

       IT IS ORDERED that the magistrate judge's report and recommendation is ACCEPTED. Defendants' motion to dismiss is DENIED without costs or fees.

       SO ORDERED.


Dated: November 25, 2008

                                                   S/George Caram Steeh_____
                                                   GEORGE CARAM STEEH
                                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 25, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk