UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STATION ENTERPRISES, INC.**
**d/b/a TREE TOWN TOYS**          **CIVIL ACTION NO.  07-CV-14294**
**AND BRAIN STATION,**
        **Plaintiff,**           **DISTRICT JUDGE GEORGE CARAM STEEH**

 VS.                            **MAGISTRATE JUDGE MONA K. MAJZOUB**

**GANZ, INC., et al.**

       **Defendants.**

_____/

## ORDER STRIKING DEFENDANTS' MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (#52) AND REQUEST FOR SANCTIONS (DOCKET NO. 55)

This matter comes before the Court on Defendants' Motion To Strike And Opposition To Plaintiff's Motion To Compel (#52) And Request For Sanctions filed on January 28, 2009.  (Docket no. 55).   All pretrial discovery matters were referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A).  (Docket no. 14).  The Electronic Filing Policies and Procedures of the Eastern District of Michigan, Rule 5(e) state that " . . . a response . . . to a motion must not be combined with a counter-motion.  Papers filed in violation of this rule will be stricken." E.D. Mich. LR ECF R5(e).  The Court finds that Docket no. 55 is both a counter-motion and a response to Plaintiff's Motion to Compel.  The Court will strike Docket no. 55, Defendants' Motion To Strike And Opposition To Plaintiff's Motion To Compel And Request For Sanctions.

**IT IS ORDERED** that Defendants' Motion To Strike And Opposition To Plaintiff's Motion To Compel (#52) And Request For Sanctions **(Docket no. 55)** is stricken from the record and this Order shall be put on the docket, and the docket edited to show that the document has been **STRICKEN** and deemed not a part of the record in this case.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).


Dated: February 3, 2009                    s/ Mona K. Majzoub
                                           MONA K. MAJZOUB
                                           UNITED STATES MAGISTRATE JUDGE


## **PROOF OF SERVICE**

I hereby certify that a copy of this Report and Recommendation was served upon Counsel of Record on this date.

Dated: February 3, 2009                    s/ Lisa C. Bartlett
                                           Courtroom Deputy